IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH CHARLESTON and LARRY CHARLESTON (w/h), | : <br> : <br> : |
| Plaintiffs, | : CIVIL ACTION <br> : |
| v. | : No. 08-5889 <br> : |
| SALON SECRETS DAY SPA, INC., et al., | : <br> : |
| Defendants. | : <br> : |

## ORDER

**AND NOW**, this 1st day of June, 2009, upon consideration of the Motions to Dismiss and Motions to Strike filed by Defendants Salon Secrets Day Spa, Inc. and Pamela A. Troyan (Doc. Nos. 19 and 25), and Defendant Dr. Thomas J. Burke, D.O. (Doc. Nos. 17 and 26), and the responses thereto, it is hereby **ORDERED** that the Motions to Dismiss are **DENIED** and the Motions to Strike are **GRANTED**. Paragraphs 48, 49, 50, 51, 53, 54, 55, 61, 63, 70, 71 and 72 are hereby **STRICKEN** from the Amended Complaint of Plaintiffs Deborah and Larry Charleston.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE