IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH CHARLESTON and LARRY CHARLESTON (w/h), | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : No. 08-5889 |
| SALON SECRETS DAY SPA, INC., et al., | : |
| Defendants. | : |

### ORDER

**AND NOW**, this 24th day of June, 2009, upon consideration of the Motion to Strike filed by Plaintiffs Deborah and Larry Charleston (Doc. No. 34), and the response thereto, it is hereby **ORDERED** that the Motion to Strike is **GRANTED IN PART** and **DENIED IN PART**. Paragraphs 13, 84, 85, 86, 87, 88, 99, 100, 104, 107, 108 and 242 of PT Lasers's Answer are hereby **STRICKEN** and deemed as admissions.

BY THE COURT:

*/s/ Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE